# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Prime Core Technologies Inc., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-11161 (JKS)<br><br>(Jointly Administered) |
| PCT Litigation Trust,<br><br>                Plaintiff,<br><br>    v.<br><br>Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC,<br><br>                Defendants. | Adv. Proc. No. 25-50960 (JKS) |

## NOTICE OF FILING OF PROPOSED
## CASE MANAGEMENT PLAN AND SCHEDULING ORDER

**PLEASE TAKE NOTICE** that, on May 27, 2025, plaintiff PCT Litigation Trust ("Plaintiff") initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing a complaint [Adv. Doc. Nos. 1, 3] (the "Complaint") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on June 30, 2025, Plaintiff filed the *Stipulation for an Extension of Time for Defendants to Respond to Complaint and Setting Briefing Schedule* [Adv. Doc. No. 5] (the "Stipulation"), by and between Plaintiff and defendants Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC ("Defendants" and, together with Plaintiff, the

---

[1] The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors"). The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

"Parties") in which Defendants agreed to accept service of a summons in this Adversary Proceeding along with a copy of the Complaint and to waive their objections, if any, to personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation, the deadline for Defendants to file and serve an answer or otherwise respond to the Complaint was extended to August 4, 2025. *See* Stipulation at ¶ 1.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation, the deadline for Plaintiff to file any opposition brief to any motion from Defendants challenging the Complaint is September 15, 2025. *See id.* at ¶ 2.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation, the deadline for Defendants to file any reply brief is October 6, 2025. *See id.* at ¶ 3.

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2025, counsel for Plaintiff and Defendants attended a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure as incorporated in this action by Rule 7026 of the Federal Rules of Bankruptcy Procedure ("Rule 7026").

**PLEASE TAKE FURTHER NOTICE** that, on August 15, 2025, Plaintiff served its initial disclosures as required by Rule 7026.

**PLEASE TAKE FURTHER NOTICE** that, on August 25, 2025, Defendants served their initial disclosures as required by Rule 7026.

**PLEASE TAKE FURTHER NOTICE** that, on September 2, 2025, counsel for Plaintiff provided counsel for Defendants a proposed form of case management plan and scheduling order governing the Adversary Proceeding, substantially in the form attached hereto as **Exhibit A** (the

"Plaintiff Proposed Scheduling Order"). Defendants have not agreed to the Plaintiff Proposed Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that, on September 3, 2025, counsel for Defendants provided counsel for Plaintiff an alternative proposed form of case management plan and scheduling order governing the Adversary Proceeding (the "Defendants Proposed Scheduling Order"). Plaintiff has not agreed to the Defendants Proposed Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will seek entry of the Plaintiff Proposed Scheduling Order at the September 9, 2025 (2:00 p.m. (ET)) pre-trial conference to be held in this Adversary Proceeding.

*[Remainder of Page Intentionally Left Blank]*

<table>
<tr><td>Dated:  September 5, 2025<br>Wilmington, Delaware</td><td>**McDermott Will & Schulte LLP**<br><br>/s/ *David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email:    dhurst@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>James A. Pardo (admitted *pro hac vice*)<br>J. Greer Griffith (admitted *pro hac vice*)<br>Benjamin F. Cooper (admitted *pro hac vice*)<br>Patrick V. Kennedy (admitted *pro hac vice*)<br>Magali M. Duque (admitted *pro hac vice*)<br>Joseph M. Aminov (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email:    dazman@mwe.com<br>          jbevans@mwe.com<br>          jpardo@mwe.com<br>          ggriffith@mwe.com<br>          bcooper@mwe.com<br>          pkennedy@mwe.com<br>          mduque@mwe.com<br>          jaminov@mwe.com<br><br>*Counsel to Plaintiff PCT Litigation Trust*</td></tr>
</table>