## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Prime Core Technologies Inc., *et al.*,[1] | Case No. 23-11161 (JKS) |
| Debtors. | (Jointly Administered) |
| PCT Litigation Trust, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-50960 (JKS) |
| Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC, | |
| Defendants. | **Related to Adv. Docket Nos. 14, 25, 26, 28** |

## PLAINTIFF PCT LITIGATION TRUST'S
## REQUEST FOR ORAL ARGUMENT

Pursuant to Del. Bankr. L.R. 7007-3, plaintiff PCT Litigation Trust respectfully requests that the Court schedule oral argument in connection with *Defendants' Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC Motion to Dismiss the PCT Litigation Trust's Complaint* [Adv. Docket No. 14].

*[Remainder of Page Intentionally Left Blank]*

---

[1]    The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are:  Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors").  The Debtors' service address is 10845 Griffith Peak Dr., #03-153, Las Vegas, Nevada 89135.

Dated:  October 8, 2025
        Wilmington, Delaware

MᴄDᴇʀᴍᴏᴛᴛ Wɪʟʟ & Sᴄʜᴜʟᴛᴇ LLP

*/s/ David R. Hurst*                    
David R. Hurst (I.D. No. 3743)
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile:  (302) 351-8711
Email:     dhurst@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
James A. Pardo (admitted pro *hac vice*)
J. Greer Griffith (admitted *pro hac vice*)
Benjamin F. Cooper (admitted *pro hac vice*)
Patrick V. Kennedy (admitted *pro hac vice*)
Magali M. Duque (admitted *pro hac vice*)
Joseph M. Aminov (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile:  (212) 547-5444
Email:     dazman@mwe.com
           jbevans@mwe.com
           jpardo@mwe.com
           ggriffith@mwe.com
           bcooper@mwe.com
           pkennedy@mwe.com
           mduque@mwe.com
           jaminov@mwe.com

*Counsel to Plaintiff PCT Litigation Trust*