IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Prime Core Technologies Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> No. 23-11161 (JKS) <br><br> (Jointly Administered) |
| PCT Litigation Trust, <br><br> Plaintiff, <br><br> v. <br><br> Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC, <br><br> Defendants. | Adv. Proc. No. 25-50960 (JKS) |

**DEFENDANTS PLUTUS FINANCIAL INC. D/B/A
ABRA AND PLUTUS LENDING LLC'S APPLICATION
FOR ORAL ARGUMENT ON THE MOTION TO
<u>DISMISS THE PCT LITIGATION TRUST'S COMPLAINT</u>**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Delaware, Plutus Financial Inc. d/b/a Abra ("<u>PFI</u>") and Plutus Lending LLC ("<u>PLL</u>," and together with PFI, the "<u>Defendants</u>"), by and through their undersigned counsel, apply for the opportunity for oral argument on Defendants' *Motion to Dismiss the PCT Litigation Trust's Complaint* (Adv. D.I. 14) (the "<u>Motion to Dismiss</u>"), including the responses filed in connection therewith, and in support thereof state as follows:

---

[1] The debtors in the Chapter 11 Cases, along with the last four digits of each debtor's federal tax identification number, are: Prime Core Technologies Inc. (5317); Prime Trust, LLC (6823); Prime IRA LLC (8436); and Prime Digital, LLC (4528) (collectively, the "Debtors" or "Prime"). The Debtors' service address is 10845 Griffith Peak Dr., #03 153, Las Vegas, Nevada 89135.

11752299.v2

1.  Briefing is now complete on Defendants' Motion to Dismiss. In compliance with Del. Bankr. L.R. 7007-4, a Notice of Completion of Briefing and the related filings will be submitted to Chambers either before or on October 14, 2025;

2.  On October 8, 2025, PCT Litigation Trust ("<u>Plaintiff</u>") also filed a separate *Request for Oral Argument* (Adv. No. 29), which Defendants now join; and

3.  Defendants respectfully request that oral argument be set to occur during the upcoming omnibus hearing scheduled for November 13, 2025, at 11:00 AM ET, or at such other time as is convenient for the Court.

| | |
|---|---|
| Dated: October 9, 2025<br>Wilmington, Delaware | */s/ Richard M. Beck*<br>Richard M. Beck (#3370)<br>Domenic E. Pacitti (#3989)<br>Alyssa M. Radovanovich (#7101)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>Email: rbeck@klehr.com<br>          dpacitti@klehr.com<br>          aradovanovich@klehr.com<br><br>-and-<br><br>Raniero D'Aversa (admitted *pro hac vice*)<br>David Litterine-Kaufman (admitted *pro hac vice*)<br>Ariel Roytenberg (admitted *pro hac vice*)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-3540<br>Facsimile: (212) 506-5151<br>Email: rdaversa@orrick.com<br>          dlitterinekaufman@orrick.com<br>          aroytenberg@orrick.com<br><br>*Counsel to Defendants Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC* |

11752299.v2