**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Prime Core Technologies Inc., *et al.*, | ) Case No. 23-11161 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
| PCT Litigation Trust, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Adv. Pro. No. 25-50960 (JKS) |
|  | ) |
| Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**NOTICE OF COMPLETION OF BRIEFING REGARDING DEFENDANTS**
**PLUTUS FINANCIAL INC. D/B/A ABRA AND PLUTUS LENDING LLC'S**
**MOTION TO DISMISS THE PCT LITIGATION TRUST'S COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, briefing regarding *Defendants Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC's Motion to Dismiss the PCT Litigation Trust's Complaint* (the "Motion") [Adv. Docket No. 14] has been completed.

**PLEASE TAKE FURTHER NOTICE** that the following documents relate to the Motion:

1. *[Redacted] Complaint* [Adv. Docket No. 1; Filed 5/27/2025];

2. *[Sealed] Adversary Complaint* [Adv. Docket No. 3; Filed 5/27/2025];

3. *Stipulation for an Extension of Time for Defendants to Respond to Complaint and Setting Briefing Schedule* [Adv. Docket No. 5; Filed 6/30/2025];

4. *Defendants' Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC Motion to Dismiss the PCT Litigation Trust's Complaint* [Adv. Docket No. 14; Filed 8/4/2025];

5.     *[Sealed] Plaintiff PCT Litigation Trust's Memorandum of Law in Opposition to Defendants Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* [Docket No. 25; Filed 9/15/2025];

6.     *[Redacted] Plaintiff PCT Litigation Trust's Memorandum of Law in Opposition to Defendants Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* [Docket No. 26; Filed 9/15/2025];

7.     *Reply in Support of Defendants' Motion to Dismiss the PCT Litigation Trust's Complaint* [Adv. Docket No. 28; Filed 10/6/2025];

8.     *Plaintiff PCT Litigation Trust's Request for Oral Argument* [Adv. Docket No. 29; Filed 10/8/2025]; and

9.     *Defendants Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC's Application for Oral Argument on the Motion to Dismiss the PCT Litigation Trust's Complaint* [Adv. Docket No. 30; Filed 10/9/2025]

Dated:  October 14, 2025
Wilmington, Delaware

/s/ Richard M. Beck
Domenic E. Pacitti (DE Bar No. 3989)
Richard M. Beck (DE Bar No. 3370)
Alyssa M. Radovanovich (DE Bar No. 7101)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email:  dpacitti@klehr.com
       rbeck@klehr.com
       aradovanovich@klehr.com

-and-

Raniero D'Aversa (admitted *pro hac vice*)
David Litterine-Kaufman (admitted *pro hac vice*)
Ariel Roytenberg (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-3540
Facsimile: (212) 506-5151
Email:  rdaversa@orrick.com
       dlitterinekaufman@orrick.com
       aroytenberg@orrick.com

*Counsel to Defendants Plutus Financial Inc. d/b/a Abra and Plutus Lending LLC*